# United States Court of Appeals for the Fifth Circuit

———————————

No. 23-20566
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

June 10, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Maria Denise Southall-Shaw,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CR-541-1

———————————————————————

Before Willett, Duncan, and Ramirez, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Maria Denise Southall-Shaw has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Southall-Shaw has filed a response. We have reviewed counsel's brief and the relevant portions of the record

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-20566

reflected therein, as well as Southall-Shaw's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.